UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-30036-ECS |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| MICKENZIE TUCKER, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

On or about February 7, 2024, in the District of South Dakota, the defendant, Mickenzie Tucker, did knowingly possess computer files that contained images of child pornography, as defined in 18 U.S.C. § 2256(8), including images of child pornography that involved a prepubescent minor or a minor who had not attained twelve years of age, that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed and shipped and transported in interstate commerce and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

1

My name is Mickenzie Tucker.  Between July 30, 2023, and February 7, 2024, I received and distributed child pornography via Discord and Wickr instant messaging and social medial platforms.  I also saved multiple images of child pornography to my devices.

On February 7, 2024, law enforcement agents of the South Dakota Internet Crimes Against Children (ICAC) executed a search warrant at my residence in Pierre, South Dakota, and seized multiple electronic devices, including a LG Stylo 2 mobile phone, a Sandisk 128 GB A2 Micro SD card, and a Samsung A13 mobile phone.  I was interviewed by a law enforcement officer that day.  I admitted I used Wickr and Discord to find, download, and share child pornography.

The Sandisk 128 GB A2 Micro SD card was searched and found to contain 1,324 files of child pornography, including images and videos of prepubescent minors, toddlers, and sadomasochism.  The Samsung A13 mobile phone was searched and found to contain messages between me and a person with whom I shared child pornography.  The LG Stylo 2 mobile phone was searched and found to contain chat threads from Wickr wherein I distributed and received child pornography.

I had no excuse or legal justification for possessing child pornography.  I was able to appreciate the nature and wrongfulness of my actions at the time of the offense, and I could have avoided possessing child pornography if I had wanted to.  I knew my actions were unlawful and I undertook them intentionally and voluntarily.

I further stipulate and agree that the following property was involved in

the commission of the offense described above:

    (1)   One (1) LG mobile phone, model Stylo 2;

    (2)   One (1) Samsung mobile phone, model A13;

    (3)   One (1) Sandisk 128 GB A2 Micro SD card.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

6/20/2025
Date

Kirk W. Albertson
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
Telephone:  (605) 224-5402
Facsimile:  (605) 224-8305
E-Mail:  kirk.albertson@usdoj.gov

6-25-25
Date

Mickenzie Tucker
Defendant

6-25-25
Date

Randall B. Turner
Attorney for Defendant

3